## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. _____ |
| | : | |
| v. | : | Violation: |
| | : | |
| | : | **18 U.S.C. § 1701** |
| **CHRISTOPHER NEWTON,** | : | (Obstruction of mails generally) |
| | : | |
| **Defendant.** | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE – OBSTRUCTION OF MAILS GENERALLY

At all times material to this Information:

1. Defendant CHRISTOPHER NEWTON was employed by the United States Postal Service (USPS) as a city carrier assistant and was assigned to the River Terrace Post Office in Washington, D.C. The defendant's responsibilities included collecting, sorting, and delivering mail to postal customers on routes he was assigned.

2. From on or about May 2, 2016, through or about May 14, 2016, defendant CHRISTOPHER NEWTON knowingly and willfully obstructed or retarded the passage of the mail, in violation of Title 18, United States Code, Section 1701.

3. On May 16, 2016, the District Manager for the USPS in Washington, D.C., was informed by Channel 7 news that mail was found in a storm drain in an area serviced by the River Terrace Post Office. The District Manager, a Senior Postmaster, and the Station Manager traveled to the intersection of Douglas Street and Anacostia Avenues, Northeast, Washington, D.C., where they observed and recovered 74 pieces of mail protruding from a storm drain.

4. The USPS assigns mail to carriers for delivery based on pre-designated routes. Routes are generally comprised of a group of addresses that are located proximate to each other to aid in efficient mail delivery. Each route has a unique identification number or "route code." The storm drain where the mail was recovered is located on Route C033. A review of the mail recovered from the storm drain demonstrated that it was intended for delivery along Route C033 between on or about May 2 and 14 of 2016.

5. Postal records show defendant CHRISTOPHER NEWTON was the only mail carrier assigned to work Route C033 on May 2, 3, 5, 6, 7, 9, 11, 12, 13, and 14 of 2016. On May 16, 2016, the defendant announced that he was quitting his job as a mail carrier immediately upon being confronted by a supervisor about the dumped mail.

6. On May 17, 2016, the day after the 74 pieces of mail were recovered from the storm drain, postal investigators caused a manhole cover from the same intersection where the storm drain is located to be removed. From the sewer, they recovered 17 large trash bags of mail. A review of the mail recovered from the sewer demonstrated that it was also intended for delivery along Route C033 between on or about May 2 and 14 of 2016.

7.  Defendant CHRISTOPHER NEWTON stipulates that he was the only person who worked Route C033 on May 2, 3, 5, 6, 7, 9, 11, 12, 13, and 14 of 2016, and that he alone dumped the mail that was recovered on May 16 and 17 of 2016, from the storm drain and the sewer located at the intersection of Douglas Street and Anacostia Avenues, Northeast, Washington, D.C.

**(Obstruction of Mails Generally, in violation of Title 18, United States Code, Section 1701.)**

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____
EMILY A. MILLER
D.C. Bar No. 462077
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-6988