UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 21 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

*Christopher Newton*

Case No. *CR 17-107*

## WAIVER OF INDICTMENT

I, *Christopher Newton*, the above-name defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *June 21, 2017* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____*E. Shuell*_____ Date: _*6/21/17*_
Judge Ellen Segal Huvelle, US District Judge