**U.S. Department of Justice**
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

V.   :   Case No. 17-cr-00107 (ESH)

Christopher Newton,
   DEFENDANT   :   **FILED**

   JUN 2 1 2017

   :   Clerk, U.S. District & Bankruptcy
   **O R D E R**   Courts for the District of Columbia

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___21___ day of ___June, 2017___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on a date and time convenient to both parties by ___SA Michael Wu   USPS-OIG___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___MPD Headquarters___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___SA Michael Wu   USPS-OIG___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~U.S. Magistrate~~ Ellen Segal Huvelle

DOJ USA-16-80


Court