UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> v. ) <br> ) <br> *Christopher Newton* ) <br> ) <br> Defendant. ) <br> ) | Crim. No. *17-107* (ESH) <br><br> **FILED** <br> JUN 2 1 2017 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

SENTENCING SCHEDULING ORDER

It is hereby

ORDERED that the sentencing in this case is set for *4/6*, 20 *17*, at *10:30* a.m./~~p.m.~~ in Courtroom 23A; it is further

ORDERED that the probation officer assigned to this case disclose the initial version of the presentence investigation report no fewer than 35 days prior to the date set for sentencing; it is further

ORDERED that counsel submit their objections to the probation officer within 14 days after the report is initially disclosed by the probation officer (no later than 21 days prior to the date set for sentencing); and it is further

ORDERED that the probation officer disclose to the parties and file with the Court the final presentence investigation report no later than 14 days prior to sentencing; and it is further

ORDERED that the parties file any memoranda in aid of sentencing with the Court no later than 7 days prior to sentencing, with responses due 5 days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

*[signature]*
ELLEN SEGAL HUVELLE
United States District Judge

Date: *6/21/17*